No. 941. D. W. KLEIN Co. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Richard S. Doyle* and *Frederick V. Arber* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Harry Marselli* for respondent.

No. 942. BRYAN COUNTY ET AL. v. UNITED STATES. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Mac Q. Williamson,* Attorney General of Oklahoma, for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 951. STANDARD OIL Co. OF NEW JERSEY v. JORGENSEN ET AL. March 16, 1942. Petition for writ of certiorari to the Municipal Court of the City of New York, Borough of Manhattan, First District, of New York, denied. *Mr. Vernon S. Jones* for petitioner. *Mr. William L. Standard* for respondents.

No. 953. PRINCETON KNITTING MILLS, INC. v. ARCADIA KNITTING MILLS, INC. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. W. Hastings Swenarton* and *Benjamin Jaffe* for petitioner. *Mr. Herman Seid* for respondent.

No. 962. DEERE, ADMINISTRATRIX, v. SOUTHERN PACIFIC Co. March 30, 1942. Petition for writ of certiorari